IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE

| | |
|---|---|
| AMERICAN SHRIMP PROCESSORS ASSOCIATION,<br>        Plaintiff,<br>v.<br>UNITED STATES,<br>        Defendant,<br>    and<br>PT BAHARI MAKMUR SEJATI,<br>        Defendant-Intervenor. | Court No. 25-00027 |

## SCHEDULING ORDER

Upon consideration of the parties' joint proposed briefing schedule and pursuant to USCIT Rules 16 and 56.2, it is hereby

**ORDERED** that the briefing of this action shall proceed in accordance with the schedule set forth below:

| **FILING** | **DUE DATE** |
|---|---|
| 1. Plaintiff's Rule 56.2 Motion and Brief | September 2, 2025 |
| 2. Defendant's and Defendant-Intervenor's Responses | October 31, 2025 |
| 3. Plaintiff's Reply | November 28, 2025 |
| 4. Joint Appendix | December 12, 2025 |
| 5. Motions for Oral Argument | December 19, 2025 |

**SO ORDERED**.

        /s/ Timothy C. Stanceu
TIMOTHY C. STANCEU, JUDGE

Dated:   July 2  , 2025
      New York, New York